UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN -7 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
   Plaintiff, )
)
v. )   **4:17CR262 HEA**
)
NANCY PORTER, )
)
   Defendant. )

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### [WIRE FRAUD: 18 U.S.C. § 1343]

#### INTRODUCTION

From on or about January of 2012 until on or about February of 2015, defendant NANCY PORTER devised and intended to devise a scheme to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

#### MANNER AND MEANS

It was part of the scheme that:

1. Beginning in March of 2007, the defendant operated a title insurance company doing business as Adair County Title & Escrow ("ACTE") in Kirksville, Missouri in the Eastern District of Missouri.

2. ACTE was a licensed title insurance provider by the State of Missouri.

3. From March 2, 2007 through December 31, 2012, ACTE had a contract with Stewart Title, a title insurance guaranty company operating out of Houston, Texas.

4. This contract enabled ACTE to sell title insurance policies to home buyers that were underwritten by Stewart Title.

5. In December of 2012, Stewart Title formally terminated its relationship with ACTE, and their contract came to a close.

6. Despite the fact that Stewart Title had terminated its professional relationship with ACTE, the defendant continued to sell home buyers title insurance policies supposedly underwritten by Stewart Title.

7. ACTE charged customers for title insurance and policies that were issued in the name of underwriter Stewart Title after December 2012. The money charged for title insurance was never submitted to Stewart Title. The fees were instead retained by ACTE.

8. ACTE issued false policies purportedly held by Stewart Title from January 2013 through 2015. During that time period, ACTE closed approximately 527 transactions.

9. In connection with these fraudulent transactions, ACTE typically produced three fraudulent documents: a Commitment of Title Insurance, a Closing Protection Letter, and a Title Insurance Policy.

10. The fee charged by ACTE for the title insurance policy related to the dollar amount of the loan. The average fee collected by ACTE for title insurance in the Adair County area was approximately $350. ACTE also collected from the home buyers an additional $25 fee for the closing protection letter required by the lender, as well as a $4 charge for instances in which a lender's policy was also required.

11. In truth and in fact, after December of 2012, none of the policies sold by ACTE were underwritten by Stewart Title.

## COUNT ONE

On or about February 15, 2013, in Kirksville, Missouri in the Eastern District of Missouri, the defendant,

**NANCY PORTER,**

for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce a wire transfer of funds in the amount of $79,583.80 from Bank of America to the American Trust Bank Account Escrow Account of Adair County Title & Escrow.

All in violation of Section 1343 of Title 18 of the United States Code.

Dated: 5/30/17

CARRIE COSTANTIN
Acting United States Attorney

Gwendolyn E. Carroll
Assistant United States Attorney

3

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Gwendolyn E. Carroll, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*

GWENDOLYN E. CARROLL, #4657003NY

Subscribed and sworn to before me this 30 day of May, 2017

*[signature]*
CLERK, U.S. DISTRICT COURT

By: *[signature]*
DEPUTY CLERK